**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JC TOPCO, INC., *et al.*,[1] | : | |
| Debtors. | : | Case Nos. 25-10403 through 25-10416 |

# SCHEDULES OF ASSETS AND LIABILITIES FOR JACK COOPER INVESTMENTS, INC. (CASE NO. 25-10409)

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: JC TopCo, Inc. (7681); JC Parent Corporation (3078); JC Intermediate Holdings, Inc. (5218); Jack Cooper Investments, Inc. (1882); Jack Cooper Equipment Leasing, LLC; Jack Cooper Holdings, LLC (7760); Jack Cooper Rail & Intermodal, LLC (2021); Jack Cooper Diversified II, LLC (3651); Jack Cooper Transport Company, LLC (6846); Auto Handling, LLC (7335); North American Auto Transportation, LLC (7591); Jack Cooper Retail and Shuttle, LLC (9017); Auto & Boat Relocation Services Company, LLC (8563); Jack Cooper CT Services, LLC (6698); and Jack Cooper Logistics II, LLC (9518).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JC TOPCO, INC., *et al.*,[1] | : | Chapter 7 |
| | : | |
| Debtors. | : | Case Nos. 25-10403 through 25-10416 |

# GLOBAL NOTES, AND STATEMENT OF LIMITATIONS, METHODOLOGIES AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above captioned debtors (collectively, the "Debtors"), with the assistance of their advisors, have each filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On March 8, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition (collectively, the "Petitions") in the Bankruptcy Court under chapter 7 of the Bankruptcy Code. On March 10, 2025, Alfred T. Giuliano was appointed as the interim chapter 7 trustee of the Debtors.

The Schedules and Statements were prepared by the Debtors' former management and are unaudited. Although the Debtors' former management has made reasonable efforts to accurately and completely disclose the assets, liabilities and other required information on the Schedules and Statements on an unconsolidated basis, the Schedules and Statements are based on information known to them at the time of the preparation and subsequent information or

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: JC TopCo, Inc. (7681); JC Parent Corporation (3078); JC Intermediate Holdings, Inc. (5218); Jack Cooper Investments, Inc. (1882); Jack Cooper Equipment Leasing, LLC; Jack Cooper Holdings, LLC (7760); Jack Cooper Rail & Intermodal, LLC (2021); Jack Cooper Diversified II, LLC (3651); Jack Cooper Transport Company, LLC (6846); Auto Handling, LLC (7335); North American Auto Transportation, LLC (7591); Jack Cooper Retail and Shuttle, LLC (9017); Auto & Boat Relocation Services Company, LLC (8563); Jack Cooper CT Services, LLC (6698); and Jack Cooper Logistics II, LLC (9518).

discovery may result in material changes to the Schedules and Statements. Accordingly, inadvertent errors or omissions may exist in the Schedules and Statements. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are wholly accurate and complete. In no event shall the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and/or financial advisors are advised of the possibility of such damages. Further, nothing in the Schedules and Statements shall be binding against, or considered an admission by, any individual, including the Debtors' former management.

These Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of, each of the Debtors' Schedules and Statements. Any party reviewing the Schedules and Statements should refer to, consider and consult with the Global Notes in connection with such review.

Mr. Gregory Endecott, who was the former Chief Financial Officer of Debtor Jack Cooper Investments, Inc., signed the Petitions and the Schedules and Statements in his capacity as a "Designated Officer." In connection with his review and execution of the Schedules and Statements, Mr. Endecott necessarily has relied upon the efforts, statements and representations of a variety of the Debtors' personnel and advisors. Mr. Endecott has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, without limitation, statements and representations concerning amounts owed to creditors, the classification of such amounts and creditor addresses.

## Global Notes

### 1. Amendment and Reservation of Rights

a. While the Debtors' former management has exercised reasonable efforts to ensure that the Schedules and Statements are accurate and complete by legal entity based on information that was available at the time of preparation, inadvertent errors, omissions or inaccuracies may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time as may be necessary and appropriate, but they are under no obligation to do so.

b. The Debtors and their advisors have made reasonable efforts to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions in the Schedules and Statements may exist. For example, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item. Further, due to the complexity and size of the Debtors' businesses, the Debtors may have improperly characterized, classified, categorized or designated certain items. In addition, certain items reported in the

Schedules and Statements may be included in more than one category. Accordingly, the Debtors reserve the right to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to recharacterize, reclassify, recategorize or redesignate any items reported in the Schedules and Statements

## 2. Basis of Presentation

a. For financial reporting purposes, the Debtors, along with their non-Debtor subsidiaries, prepare consolidated financial statements and are audited annually. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor. In addition, not all of the Debtors' direct and indirect subsidiaries are Debtors in these chapter 7 cases. Accordingly, combining the assets and claims set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information for Jack Cooper Investments, Inc. and its respective consolidated subsidiaries that would be prepared under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP.

## 3. General Assumptions

a. Reporting Date. All asset and liability information contained in the Schedules and Statements is as of the end of business on January 31, 2025, except where otherwise noted.

b. Unaudited. The books and records and the financial statements of the Debtors utilized to complete the information contained in the Schedules and Statements are unaudited and the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, federal or state securities laws or other applicable non-bankruptcy law.

c. Book Value. Unless otherwise noted, all amounts included in the Schedules reflect net book value as of the Petition Date. Various questions within the Schedules request "Current Value" or "Current Market Value." Given the number of Debtors and complexity of their business, the process of calculating, obtaining, or verifying "Current Market Value" would be prohibitively expensive, unduly burdensome and an inefficient use of estate resources.

Certain assets may not appear in the Schedules and Statements because the Debtors have depreciated the entire book value of such assets or otherwise expensed such assets in their entirety. Furthermore, certain of the Debtors have assets related to their ultimate equity interests in certain non-Debtor affiliates, the market value of which may differ significantly from the reported book value. The Schedules and Statements of such Debtors reflect only the undetermined book value of the Debtors' ownership of their direct subsidiaries.

Nothing in the Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

d. Currency. All amounts are reflected in U.S. dollars, unless otherwise indicated. Assets and liabilities denominated in foreign currencies were translated into U.S. dollars at reasonable market exchange rates.

e. Estimates. The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and the reported amounts of revenues and expenses. Actual results could differ materially from these estimates.

f. Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

g. Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

h. Consolidated Cash Management System. The Debtors utilize a consolidated cash management system and, as such, the disbursements of various Debtors are paid by or through a limited number of Debtor bank accounts, notwithstanding that certain of those disbursements may relate to obligations of other Debtors. Accordingly, pre-petition disbursements reported in the Statements have been reported based on the Debtor that maintains the bank account from which payments or distributions were made. The main disbursement accounts are held in the name of Jack Cooper Investments, Inc. and thus, the vast majority of disbursements are reported on such Debtor's Statements.

i. Causes of Action. Despite their reasonable efforts to identify all known assets, the Debtors may not have set forth all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements. Neither the Global Notes nor the Schedules and Statements constitute a waiver of such causes of action or, in any way, prejudice or impair the assertion of any of the same.

j. Property and Equipment – Leased. In the ordinary course of their businesses, the Debtors lease equipment from certain third-party lessors for use in the Debtors' daily operation and otherwise hold property owned by third-parties pursuant to contracts with such parties. Any such leases or contracts are set forth in Schedule G based on the Debtors' reasonable efforts to identify such leases. The property subject to any of such leases or contracts is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Nor is such property reflected in the Debtors' Statements as property or assets of third-parties within the control of the Debtors.

k. Claims Description. Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated" or that such claim is not subject to objection.

l. Excluded Assets and Liabilities. The Debtors have excluded certain categories of assets, tax accruals and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, certain employee benefit accruals, accrued accounts payable, customer deposits and deferred gains. The Debtors also have not attempted to anticipate rejection damage claims of counterparties to executory contracts and unexpired leases that may arise out of future contract or lease rejections. In addition, certain immaterial assets and liabilities may have been. excluded.

m. Global Notes Control. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

n. Intellectual Property. The Debtors' inadvertent exclusion of any intellectual property from the Schedules and Statements is not an admission that the Debtors have abandoned, terminated or assigned such intellectual property or that such intellectual property has expired by its own terms or was transferred pursuant to a sale, acquisition or other transaction. Conversely, the Debtors' inclusion of any intellectual property in the Schedules and Statements is not an admission that the Debtors have not abandoned, terminated or assigned such intellectual property or that such intellectual property has not expired by its own terms or was not transferred pursuant to a sale, acquisition or other transaction.

o. Definition of Insiders. Persons listed as "insiders" have been included for informational purposes only and shall not be binding on any party.

**4. Specific Schedules of Assets and Liabilities Disclosures**

a. Non-publicly traded stock (AB15). Ownership interests in subsidiaries, partnerships and joint ventures have been identified in AB15 in an undetermined amount because the fair market value of any such ownership interest is dependent on numerous variables and factors that may cause its fair market value to differ materially from its net book value.

b. Office Furniture, Fixtures, and Equipment (AB38 thru AB45). In the Debtors' books and records, office equipment is included in one trial balance account. As such, the Debtors have not broken out office equipment by office furniture, office fixtures, and office equipment. All amounts are included under AB41: Office Equipment.

c. Collectibles (AB42). The Debtors are not in the business of buying or selling collectibles including, but not limited to, art and artifacts. The Debtors do however own various pieces of artwork located in their offices. To the extent this artwork was capitalized when purchased, it is included in AB41: Office Equipment.

d. Domain Names and Websites (AB61). The Debtors own rights to various website domain names. These assets were expensed at the time of purchase and are therefore not included in the Debtors' books and records in accordance with GAAP. Due to the number of domain names, each has not been listed individually in the Schedules and the value has been included as "Undetermined."

e. Intercompany Accounts. Prior to the filing, the Debtors routinely engaged in intercompany transactions with other Debtors and non-Debtor subsidiaries and affiliates. Intercompany balances are listed on both AB77 (Other Property) as well as Schedule F (Unsecured Nonpriority Creditors). Intercompany balances were not offset prior to inclusion in the Schedules, and it is possible that a Debtor may have both a debit and credit balance included in the Schedules.

f. Contingent Assets. The Debtors exercised reasonable efforts to identify contingent assets although certain errors or omissions may exist. The Debtors reserve their rights to supplement the Schedules and Statements for such items at a later date.

g. Schedule D. Creditors' claims on Schedule D arose or were incurred on various dates. In certain instances, the date on which such claim arose is an open issue of fact.

   The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.

h. Schedule E/F. The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' books and records as of the Petition Date.

   Claims owed or potentially owed to various taxing authorities are listed on the Debtors' Schedule E/F. Certain of the tax claims may be subject to on-going audits, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as "Undetermined" in amount, pending final resolution of on-going audits or outstanding issues. In addition, there may be other numerous contingent, unliquidated claims from state taxing authorities, not all of which are listed.

   Schedule E/F contains information related to employee claims. Most, but not all, of these claims have been categorized as "contingent" or "unliquidated".

   The claims of individual creditors for among other things, products, goods or services

are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The claims listed on Schedule E/F arose or were incurred on various dates, and in certain instances, the date on which a claim arose may be an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors have listed "various" each claim listed on Schedule E/F. The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F contains information regarding pending litigation involving the Debtors. To the extent multiple Debtors were named as defendants in a pending litigation, the Debtors made reasonable efforts to list the pending litigation as a claim on Schedule E/F of each respective Debtor. However, certain omissions may have occurred. The inclusion of any litigation action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any litigation action and the amount and treatment of any potential claim resulting from any litigation action currently pending or that may arise in the future.

Schedule E/F includes intercompany payables between Debtors and various non-Debtors.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP.

i. Schedule G. The Debtors' businesses are complex. Although the Debtors' books, records, financial systems and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and reasonable efforts have been made to ensure the accuracy of the Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

Certain of the contracts, agreements and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers,

duties and obligations are not separately set forth on Schedule G. Unless otherwise identified on Schedule G, each contract, agreement and lease identified therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any such agreement, instrument or other document that in any manner affects such contract, agreement and lease, without respect to whether such contract, agreement and lease is listed therein.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

The Debtors have included certain interests in real property such as easements, rights of way and other similar interests on Schedule G.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease. Certain of the executory contracts may not have been memorialized and could be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. Schedule G does not constitute an admission that any such contract or agreement is an executory contract or unexpired lease.

Finally, before the Petition Date, certain lessors may have repossessed equipment subject to leases. However, as the Debtors may not have an accurate accounting of such repossessions, Schedule G is based on the best information available as of the Petition Date.

j. Schedule H. The Debtors have made reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. However, the Debtors may not have identified all Guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. In addition, certain of the Guarantees reflected on Schedule H, if

any, may have expired or no longer be enforceable. In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross claims or counter-claims against other parties. Due to the volume of such claims, and because all such claims are contingent, unliquidated and disputed, and listed elsewhere in the Schedules and Statements, such claims have not been set forth individually on Schedule H.

## 5. Additional Notes

a. Claims of Third-Party Related Entities. Although the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

b. Umbrella Agreements. A number of contracts listed in the Schedules and Statements are umbrella agreements that cover some or all of the Debtors. Such agreements have been listed in the Schedules and Statements of the Debtor that was the main signatory to the agreement, although more than one of the Debtors may be obligated under the agreement.

**Fill in this information to identify the case:**

Debtor Name: In re : Jack Cooper Investments, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10409 (BLS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 536,096,276.18 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 536,096,276.18 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ 220,912,385.11 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 8,113,122.73 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 503,209,131.79 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 732,234,639.63 |

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Jack Cooper Investments, Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number (if known): 25-10409 (BLS) |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**

| | | | | |
|---|---|---|---|---|
| 2.1 | None | | | $ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Wells Fargo Bank, N.A. | Depository | 4881 | $ 241,858.38 |
| 3.2 | Wells Fargo Bank, N.A. | Disbursement | 0015 | $ 0.00 |
| 3.3 | Wells Fargo Bank, N.A. | Flex Benefits Account | 4407 | $ 0.00 |
| 3.4 | Wells Fargo Bank, N.A. | Main Operating | 4415 | $ 44,181.37 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | None | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 286,039.75

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | Description | | Current value of debtor's interest |
|---|---|---|---|
| 7.1 | Century Link 4300 | $ | 1,142.40 |
| 7.2 | Deposit for A/C 532236003 - COBB EMC | $ | 4,000.00 |
| 7.3 | Deposit for A/C 532236004 - COBB EMC | $ | 98.32 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | Description | | Current value of debtor's interest |
|---|---|---|---|
| 8.1 | See Schedule A/B 8 Attachment | $ | 1,339,682.50 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. $ 1,344,923.22

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11. **Accounts receivable** | Description | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | | $ | - $ | | =..... ➔ $ |
| 11b. Over 90 days old: | | $ | - $ | | =..... ➔ $ |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 0.00

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 None | | $ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1 See Schedule A/B 15 Attachment | | $ Undetermined |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1 None | | $ |

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83. $ 0.00

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. **Raw materials** | | | $ | | $ |
| 20. **Work in progress** | | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | $ | | $ |
| 22. **Other inventory or supplies** | | | $ | | $ |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Description ____ Book value $ ____ Valuation method ____ Current value $ ____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Description ________ Book value $ ________ Valuation method ________ Current value $ ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 39.1 | Office Furniture and Equipment | $ 640.49 | | $ Undetermined |
| 40. | **Office fixtures** | | | |
| 40.1 | See Question A/B 39 | $ | | $ |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | Computers | $ 1,039,476.73 | SLMM | $ 1,039,476.73 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 1,039,476.73

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Miscellaneous Machinery, Fixtures andEquipment | $ 0.00 | SLMM | $ 0.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 See Schedule A/B 55 Attachment | | $ 2,272,177.99 | | $ Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Mexico Trademark Application for "Mor-V", application no. 3051173 | $ 0.00 | | $ Undetermined |
| 60.2 U.S. Patent Application for Mor-V system of transporting vehicles, application no. 18/657,359. | $ 0.00 | | $ Undetermined |
| 60.3 U.S. Trademark Application for "Next Century Logistics" | $ 0.00 | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ 0.00 | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Jack Cooper Investments, Inc. Case number *(if known)*: 25-10409
Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

| Description (include name of obligor) | Total face amount | doubtful or uncollectible accounts | | Current value |
|---|---|---|---|---|
| 71.1 None | $ | - $ | =..... ➔ | $ |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 See Schedule A/B 72 Attachment Tax year $ 336,076,593.30

*Note: Current Value does not include interest due*

73. **Interests in insurance policies or annuities**

73.1 See Schedule A/B 73 Attachment $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None $

**Nature of claim**

**Amount requested** $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None $

**Nature of claim**

**Amount requested** $

76. **Trusts, equitable or future interests in property**

76.1 None $

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 See Schedule A/B 77 Attachment $ 197,349,243.18

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ 533,425,836.48

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 286,039.75 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 1,344,923.22 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ 0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,039,476.73 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................➔ | | | $ 0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ 533,425,836.48 | | |
| 91. | **Total.** Add lines 80 through 90 for each column..............................91a. | $ 536,096,276.18 | + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................................................ $ 536,096,276.18

**Fill in this information to identify the case:**

Debtor Name: In re : Jack Cooper Investments, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10409 (BLS)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

2.1 **Creditor's name**

Central States, Southeast and Southwest Areas Health and Welfare Fund

Creditor's Name

**Describe debtor's property that is subject to a lien**

Building

Column A: $ 4,996,761.87

Column B: $ Undetermined

**Creditor's mailing address**

Notice Name

8647 West Higgins Road

Street

Chicago | IL | 60631

City | State | ZIP Code

Country

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**Date debt was incurred** 11/6/2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

Undetermined

☐ Yes. The relative priority of creditors is specified on lines

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.2 **Creditor's name**: Cerberus Business Finance Agency, LLC<br>**Describe debtor's property that is subject to a lien**: Substantially all assets | $ 215,915,623.24 | $ Undetermined |

**Creditor's mailing address**

Notice Name:
875 Third Avenue
Street

New York | NY | 10022
City | State | ZIP Code

Country:

**Creditor's email address, if known**

**Date debt was incurred** 6/28/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
- ☑ No. Specify each creditor, including this creditor, and its relative priority.
  Undetermined
- ☐ Yes. The relative priority of creditors is specified on lines

**Describe the lien**
First lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 220,912,385.11

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Name<br>Notice Name<br>Street<br><br>City State ZIP Code<br>Country | Line ____ | ____ |

**Fill in this information to identify the case:**

Debtor Name: In re : Jack Cooper Investments, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10409 (BLS)

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| | $ 180.00 | $ 180.00 |

2.1 **Priority creditor's name and mailing address**

Adams, Randall
Creditor Name

Creditor's Notice name

6624 N River Hwy
Address

Grand Ledge | MI | 48837
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.2 **Priority creditor's name and mailing address**

Adams, Randall
Creditor Name

Creditor's Notice name

6625 N River Hwy
Address

Grand Ledge | MI | 48838
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 305.76 $ 305.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.3 **Priority creditor's name and mailing address**

Adams, Randall
Creditor Name

Creditor's Notice name

6626 N River Hwy
Address

Grand Ledge | MI | 48839
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 7,096.14 $ 7,096.14

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.4 **Priority creditor's name and mailing address**

Adams, Randall
Creditor Name

Creditor's Notice name

6627 N River Hwy
Address

| Grand Ledge | MI | 48840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 228.30 $ 228.30

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.5 **Priority creditor's name and mailing address**

Age, Korey
Creditor Name

Creditor's Notice name

2905 Gleeson Lane
Address

| Louisville | KY | 40299 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

02/07/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 26,593.84 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.6 **Priority creditor's name and mailing address**

Age, Korey
Creditor Name

Creditor's Notice name

2906 Gleeson Lane
Address

Louisville KY 60983.5
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 125.00 $ 125.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.7 **Priority creditor's name and mailing address**

Age, Korey
Creditor Name

Creditor's Notice name

2907 Gleeson Lane
Address

Louisville KY 95483.1
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 79.95 $ 79.95

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.8 **Priority creditor's name and mailing address**

Age, Korey
Creditor Name

Creditor's Notice name

2908 Gleeson Lane
Address

Louisville KY 129982.7
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 80.76 $ 80.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.9 **Priority creditor's name and mailing address**

Alexander, Randy
Creditor Name

Creditor's Notice name

1006 George Ave
Address

Essex MD 21221
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 6,893.10 $ 6,893.10

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

02/21/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.10 **Priority creditor's name and mailing address**

Alexander, Randy
Creditor Name

Creditor's Notice name

1007 George Ave
Address

| Essex | MD | 69608.4 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 61.70 $ 61.70
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FSA

**Is the claim subject to offset?**
☑ No
☐ Yes

2.11 **Priority creditor's name and mailing address**

Alexander, Randy
Creditor Name

Creditor's Notice name

1008 George Ave
Address

| Essex | MD | 104108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 3,113.94 $ 3,113.94
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

2.12 **Priority creditor's name and mailing address**

Alexander, Randy
Creditor Name

Creditor's Notice name

1009 George Ave
Address

Essex | MD | 138607.6
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 115.38 $ 115.38

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.13 **Priority creditor's name and mailing address**

Amico, Sarah
Creditor Name

Creditor's Notice name

82 Lewellen Dr
Address

Marietta | GA | 30064
City | State | ZIP Code

Country

**Date or dates debt was incurred**

02/08/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 1,200,000.00 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employment Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.14 **Priority creditor's name and mailing address**

Amico, Sarah
Creditor Name

Creditor's Notice name

83 Lewellen Dr
Address

Marietta | GA | 78233.3
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 4,038.45 $ 4,038.45

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.15 **Priority creditor's name and mailing address**

Amico, Sarah
Creditor Name

Creditor's Notice name

84 Lewellen Dr
Address

Marietta | GA | 112732.9
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,909.31 $ 2,909.31

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.16 **Priority creditor's name and mailing address**

Amparan Lopez, Fernando
Creditor Name

Creditor's Notice name

850 Homer Avenue
Address

Kansas City KS 66101
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,422.19 $ 3,422.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.17 **Priority creditor's name and mailing address**

Amparan Lopez, Fernando
Creditor Name

Creditor's Notice name

850 Homer Avenue
Address

KANSAS CITY KS 66101
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 125.00 $ 125.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.18 **Priority creditor's name and mailing address**

Amparan Lopez, Fernando
Creditor Name

Creditor's Notice name

850 Homer Avenue
Address

Kansas City KS 86858.2
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 4,693.32 $ 4,693.32

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.19 **Priority creditor's name and mailing address**

Amparan Lopez, Fernando
Creditor Name

Creditor's Notice name

850 Homer Avenue
Address

KANSAS CITY KS 66102
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,365.36 $ 3,365.36

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.20 **Priority creditor's name and mailing address**

Amparan Lopez, Fernando
Creditor Name

Creditor's Notice name

850 Homer Avenue
Address

Kansas City | KS | 121357.8
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 305.76 $ 305.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.21 **Priority creditor's name and mailing address**

Amparan Lopez, Fernando
Creditor Name

Creditor's Notice name

850 Homer Avenue
Address

KANSAS CITY | KS | 66103
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 441.66 $ 441.66

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.22 **Priority creditor's name and mailing address**

Anderson, Tristan
Creditor Name

Creditor's Notice name

3711 Fern Valley Rd
Address

Unit 203

Louisville KY 40219
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,152.34 $ 3,152.34

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.23 **Priority creditor's name and mailing address**

Anderson, Tristan
Creditor Name

Creditor's Notice name

3712 Fern Valley Rd
Address

Unit 204

Louisville KY 156025
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 14,659.30 $ 14,659.30

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.24 **Priority creditor's name and mailing address**

Anderson, Tristan
Creditor Name

Creditor's Notice name

3713 Fern Valley Rd
Address

Unit 205

| | | |
|---|---|---|
| Louisville | KY | 271831 |
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 5,000.00 $ 5,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/14/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.25 **Priority creditor's name and mailing address**

Antonietti, Richard
Creditor Name

Creditor's Notice name

1117B 34th Ave
Address

| | | |
|---|---|---|
| Seattle | WA | 98122 |
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 34,615.40 $ 15,150.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.26 **Priority creditor's name and mailing address**

Antonietti, Richard
Creditor Name

Creditor's Notice name

1117B 34th Ave
Address

Seattle | WA | 213928
City | State | ZIP Code

Country

**Date or dates debt was incurred**

02/14/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 60,499.92 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.27 **Priority creditor's name and mailing address**

Antonietti, Richard
Creditor Name

Creditor's Notice name

1117B 34th Ave
Address

Seattle | WA | 329734
City | State | ZIP Code

Country

**Date or dates debt was incurred**

09/07/24

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 24,230.76 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.28 **Priority creditor's name and mailing address**

Clark, Thomas
Creditor Name

Creditor's Notice name

2903 Cypress Ave
Address

Cleveland OH 44109
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,971.14 $ 2,971.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.29 **Priority creditor's name and mailing address**

Conley, Michael
Creditor Name

Creditor's Notice name

3270 Quantum Ln
Address

Danville IN 46122
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 30,000.00 $ 15,150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.30 **Priority creditor's name and mailing address**

Coughenour, Laura
Creditor Name

Creditor's Notice name

18779 Galehouse Rd
Address

Doylestown OH 44230
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,500.00 $ 2,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.31 **Priority creditor's name and mailing address**

Dempsey, Clay
Creditor Name

Creditor's Notice name

200 SE Kingscross
Address

Blue Springs MO 64014
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,297.99 $ 3,297.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.32 **Priority creditor's name and mailing address**

Dunbar, Kristopher
Creditor Name

Creditor's Notice name

305 Woodmont St
Address

Blissfield | MI | 49228
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,000.00 $ 3,000.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.33 **Priority creditor's name and mailing address**

Ellingson, James
Creditor Name

Creditor's Notice name

3563 Blue Jay Way
Address

Unit 101

Eagan | MN | 55123
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 31,055.25 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.34 **Priority creditor's name and mailing address**

Endecott, Gregory
Creditor Name

Creditor's Notice name

2532 SW 12th Cir
Address

Lees Summit MO 64081
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 385,000.00 $ 15,150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employment Agreement

**Date or dates debt was incurred**

02/14/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.35 **Priority creditor's name and mailing address**

England, William
Creditor Name

Creditor's Notice name

1308 E. 81st Terrace
Address

Kansas City MO 64131
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 4,476.52 $ 4,476.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.36 **Priority creditor's name and mailing address**

Eschbacher, Paul
Creditor Name

Creditor's Notice name

204 W. Valley St.
Address

| St. Joseph | MO | 64504 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 3,387.12 $ 3,387.12

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.37 **Priority creditor's name and mailing address**

Evans, Donald
Creditor Name

Creditor's Notice name

2048 KINGSBRIDGE DR
Address

| HEARTLAND | TX | 75126-8272 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 115.32 $ 115.32

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.38 **Priority creditor's name and mailing address**

Faith, Melissa
Creditor Name

Creditor's Notice name

1903 N Larkspur Dr
Address

Jeffersonville IN 47130
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,346.14 $ 3,346.14
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.39 **Priority creditor's name and mailing address**

Faith, Melissa
Creditor Name

Creditor's Notice name

1903 N Larkspur Dr
Address

Jeffersonville IN 47130-4942
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 48.05 $ 48.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FSA

**Date or dates debt was incurred**
Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.40 **Priority creditor's name and mailing address**

Farnsworth, Andrew
Creditor Name

Creditor's Notice name

855 Andalusian Ct.
Address

Ft Wayne | IN | 46818
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 7.65 $ 7.65

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.41 **Priority creditor's name and mailing address**

Fragoso, Helda
Creditor Name

Creditor's Notice name

12193 S Oakwood Dr
Address

Saint John | IN | 46373
City | State | ZIP Code

Country

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 2,980.77 $ 2,980.77

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.42 **Priority creditor's name and mailing address**

Fraser, Matthew
Creditor Name

Creditor's Notice name

9455 Katherine St
Address

| | | |
|---|---|---|
| Taylor | MI | 48180 |
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 3,173.07 $ 3,173.07

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.43 **Priority creditor's name and mailing address**

Free, Edmond
Creditor Name

Creditor's Notice name

250 N State Highway 360
Address

| | | |
|---|---|---|
| Mansfield | TX | 76063-2193 |
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 92.28 $ 92.28

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.44 **Priority creditor's name and mailing address**

Gabriel, Joseph
Creditor Name

Creditor's Notice name

7754 Fredrick St
Address

Maybee | MI | 48159
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,461.55 $ 3,461.55

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.45 **Priority creditor's name and mailing address**

Gibson, Isiah
Creditor Name

Creditor's Notice name

1238 Oak St
Address

Fort Wayne | IN | 46803-1213
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 173.10 $ 173.10

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.46 **Priority creditor's name and mailing address**

Gibson, James
Creditor Name

Creditor's Notice name

1215 W 68th Ter
Address

| Kansas City | MO | 64113 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 112,980.75 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.47 **Priority creditor's name and mailing address**

Gilbert, Nicholas
Creditor Name

Creditor's Notice name

4812 Amesbury Rd.
Address

| Toledo | OH | 43612 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

02/21/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 5,150.00 $ 5,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.48 **Priority creditor's name and mailing address**

Goforth, Taylor
Creditor Name

Creditor's Notice name

1306 Winborn Cir NW
Address

Kennesaw GA 30152
City State ZIP Code

Country

**Date or dates debt was incurred**

01/30/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 12,178.53 $ 12,178.53

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.49 **Priority creditor's name and mailing address**

Gonzalez, Maria
Creditor Name

Creditor's Notice name

3001 Fait Ave
Address

Baltimore MD 21224
City State ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 115.38 $ 115.38

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.50 **Priority creditor's name and mailing address**

Griswold, Dennis
Creditor Name

Creditor's Notice name

7249 Barton Road
Address

Olmsted Twp | OH | 44138
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 11,005.14 $ 11,005.14

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.51 **Priority creditor's name and mailing address**

Groulx, William
Creditor Name

Creditor's Notice name

15610 McCann
Address

Southgate | MI | 48195
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 13,810.16 $ 13,810.16

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.52 **Priority creditor's name and mailing address**

Hairston, Cynthia
Creditor Name

Creditor's Notice name

1921 Tidemarsh Ln
Address

Lawrenceville GA 30045
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 230.82 $ 230.82

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.53 **Priority creditor's name and mailing address**

Haitz, Timothy
Creditor Name

Creditor's Notice name

326 Southshore Dr
Address

Lake Winnebago MO 64034
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 216,923.10 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.54 **Priority creditor's name and mailing address**

Hamilton, Levi
Creditor Name

Creditor's Notice name

1504 NW B St
Address

Blue Springs | MO | 64015
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,951.63 $ 3,951.63

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.55 **Priority creditor's name and mailing address**

Hay, Kirk
Creditor Name

Creditor's Notice name

10544 N. Dalton Ave
Address

Kansas City | MO | 64154
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 115,520.85 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
04/02/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.56 **Priority creditor's name and mailing address**

Hedges, James
Creditor Name

Creditor's Notice name

21400 McCoy Rd
Address

Lawson | MO | 64062
City | State | ZIP Code

Country

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 3,173.07 $ 3,173.07

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.57 **Priority creditor's name and mailing address**

Helton, Katie
Creditor Name

Creditor's Notice name

6156 Collins Road
Address

Acworth | GA | 30101
City | State | ZIP Code

Country

**Date or dates debt was incurred**

02/14/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 600,000.00 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employment Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.58 **Priority creditor's name and mailing address**

Herr, Jeff
Creditor Name

Creditor's Notice name

1160 Providence Loop
Address

Greensboro | GA | 30642
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 672,007.01 $ 15,150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employment Agreement

**Date or dates debt was incurred**

02/08/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.59 **Priority creditor's name and mailing address**

Hite, Shannon
Creditor Name

Creditor's Notice name

PO Box 43066
Address

Louisville | KY | 40253
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 12,417.20 $ 12,417.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.60 **Priority creditor's name and mailing address**

Honore, Gregory
Creditor Name

Creditor's Notice name

2274 Stroller Dr
Address

Powder Springs GA 30127
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 305.76 $ 305.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.61 **Priority creditor's name and mailing address**

Jackson, Jon
Creditor Name

Creditor's Notice name

3607 Bentfield Place
Address

Arlington TX 76017
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 140,000.00 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employment Agreement

**Date or dates debt was incurred**

02/08/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.62 **Priority creditor's name and mailing address**

Johnson, Tyler
Creditor Name

Creditor's Notice name

3736 North Bales Ave
Address

Kansas City | MO | 64117
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,754.27 $ 2,754.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.63 **Priority creditor's name and mailing address**

Johnston, Jim
Creditor Name

Creditor's Notice name

3601 Fawn Trl
Address

Joplin | MO | 64804
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 432,718.70 $ 15,150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employment Agreement

**Date or dates debt was incurred**

02/08/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.64 **Priority creditor's name and mailing address**

Jones, Tony
Creditor Name

Creditor's Notice name

100 S 10th St
Address

Leavenworth | KS | 66048
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,173.07 $ 3,173.07
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.65 **Priority creditor's name and mailing address**

Kilar, Patrick
Creditor Name

Creditor's Notice name

18658 Grey
Address

Allen Park | MI | 48101
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 24,518.24 $ 15,150.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
02/14/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.66 **Priority creditor's name and mailing address**

Kishpaugh-Wells, Jenny
Creditor Name

Creditor's Notice name

407 Steinhagen Rd
Address

Warrenton | MO | 63383
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 79.41 $ 79.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.67 **Priority creditor's name and mailing address**

Koncsics, David
Creditor Name

Creditor's Notice name

771 Oakcrest Ln NE
Address

Massillon | OH | 44646
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,307.70 $ 2,307.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.68 **Priority creditor's name and mailing address**

Kreger, Mark
Creditor Name

Creditor's Notice name

3856 Old Homestead Dr
Address

Howell | MI | 48855
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 98,019.62 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employment Agreement

**Date or dates debt was incurred**

02/08/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.69 **Priority creditor's name and mailing address**

Lang, Robert
Creditor Name

Creditor's Notice name

117 W 20Tth St
Address

Apt 301

Kansas City | MO | 64108
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,173.07 $ 3,173.07

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.70 **Priority creditor's name and mailing address**

Lee, Donnell
Creditor Name

Creditor's Notice name

100 Charlton Wynde Dr
Address

Middletown | KY | 40245
City | State | ZIP Code

Country

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 10,201.00 $ 10,201.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.71 **Priority creditor's name and mailing address**

Legler, Kevin
Creditor Name

Creditor's Notice name

1604 Emerson St
Address

Nashville | TN | 37216
City | State | ZIP Code

Country

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 3,365.41 $ 3,365.41

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.72 **Priority creditor's name and mailing address**
Leonard, Justin
Creditor Name

Creditor's Notice name

11145 N. Madison Ave
Address

KANSAS CITY MO 64155
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 57.66 $ 57.66
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FSA

**Date or dates debt was incurred**
Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.73 **Priority creditor's name and mailing address**
Liepold, Michael
Creditor Name

Creditor's Notice name

521 Metcalf Rd
Address

Elyria OH 44035
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,476.25 $ 3,476.25
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.74 **Priority creditor's name and mailing address**

Long, Kevin
Creditor Name

Creditor's Notice name

204 W Sierra Drive
Address

| | | |
|---|---|---|
| Raymore | MO | 64083 |
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 5,580.92 $ 5,580.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.75 **Priority creditor's name and mailing address**

Luna Jr, Harold
Creditor Name

Creditor's Notice name

5719 S 119th Plaza
Address

| | | |
|---|---|---|
| Omaha | NE | 68137 |
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 441.66 $ 441.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.76 **Priority creditor's name and mailing address**

Luna, Julie
Creditor Name

Creditor's Notice name

5719 S. 119th Plaza
Address

Omaha | NE | 68137
City | State | ZIP Code

Country

**Date or dates debt was incurred**

02/08/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 100,785.50 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employment Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.77 **Priority creditor's name and mailing address**

Luna, Julie
Creditor Name

Creditor's Notice name

5719 S 119th Plaza
Address

Omaha | NE | 68137
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 359.52 $ 359.52

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.78 **Priority creditor's name and mailing address**

Martin, Jennifer
Creditor Name

Creditor's Notice name

104 N 73rd Street
Address

Kansas City KS 66111
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,346.14 $ 3,346.14

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.79 **Priority creditor's name and mailing address**

May, Greg
Creditor Name

Creditor's Notice name

12321 Alley Jackson Road
Address

Lees Summit MO 64086
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 827,236.80 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

09/16/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.80 **Priority creditor's name and mailing address**

McCormick, Scott
Creditor Name

Creditor's Notice name

1225 Lanedale St NW
Address

Massillon | OH | 44647
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 33,076.90 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.81 **Priority creditor's name and mailing address**

McCoy, James
Creditor Name

Creditor's Notice name

9927 Hamilton St
Address

Van Buren Twp | MI | 48111
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,365.41 $ 3,365.41

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.82 **Priority creditor's name and mailing address**

McDonald, Connor
Creditor Name

Creditor's Notice name

2112 NE Wyndham Pl
Address

Blue Springs | MO | 64029
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,403.86 $ 3,403.86

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.83 **Priority creditor's name and mailing address**

McKinstry, Timothy
Creditor Name

Creditor's Notice name

1701 Campbell St.
Address

Valparaiso | IN | 46385
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 180,769.25 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.84 **Priority creditor's name and mailing address**

Medvegy, Michael
Creditor Name

Creditor's Notice name

4564 Burke Rd.
Address

| | | |
|---|---|---|
| Newport | MI | 48166 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 4,341.36 $ 4,341.36

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.85 **Priority creditor's name and mailing address**

Michalski, Conrad
Creditor Name

Creditor's Notice name

30443 5 Mile Road
Address

| | | |
|---|---|---|
| Livonia | MI | 48154 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 5,677.17 $ 5,677.17

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.86 **Priority creditor's name and mailing address**

Miller, Chelsea
Creditor Name

Creditor's Notice name

10911 Hollyview Ct
Address

| Louisville | KY | 40299 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 24,147.96 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

02/07/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.87 **Priority creditor's name and mailing address**

Mitchell, William
Creditor Name

Creditor's Notice name

3041 Berkeley Pl
Address

| Stow | OH | 44224 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 2,884.59 $ 2,884.59

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.88 **Priority creditor's name and mailing address**

Moore, Chelsea
Creditor Name

Creditor's Notice name

5750 GRANDSCAPE BLVD
Address

| THE COLONY | TX | 75056-6974 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 0.86 $ 0.86

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.89 **Priority creditor's name and mailing address**

Moore, Gary
Creditor Name

Creditor's Notice name

2940 Pine Valley Dr
Address

| Miramar Beach | FL | 32550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

08/01/24

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 155,885.21 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.90 **Priority creditor's name and mailing address**

Morris, Timothy
Creditor Name

Creditor's Notice name

529 Pinnacle Ln.
Address

Elizabethtown KY 42701
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 30,067.40 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
02/07/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.91 **Priority creditor's name and mailing address**

Murray, Kevin
Creditor Name

Creditor's Notice name

2808 Spruce Ave.
Address

KANSAS CITY MO 64128
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 120.00 $ 120.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FSA

**Date or dates debt was incurred**
Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.92 **Priority creditor's name and mailing address**

Oakley, Charles
Creditor Name

Creditor's Notice name

537 West Golden Gate
Address

Detroit | MI | 48203
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 5,150.00 $ 5,150.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
02/21/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.93 **Priority creditor's name and mailing address**

Pacheco, Randolph
Creditor Name

Creditor's Notice name

2231 Austin Lane
Address

Greenwood | MO | 64034
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,365.41 $ 3,365.41
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.94 **Priority creditor's name and mailing address**

Pichardo, Carlos
Creditor Name

Creditor's Notice name

6211 S University Ave
Address

Chicago IL 60637
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,307.70 $ 2,307.70

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.95 **Priority creditor's name and mailing address**

Ponder, Necole
Creditor Name

Creditor's Notice name

3924 N. Kensington Ave
Address

Kansas City MO 64117
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 31,436.75 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

02/07/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.96 **Priority creditor's name and mailing address**

Prevost, Benjamin
Creditor Name

Creditor's Notice name

1818 W. Wesley Rd. NW
Address

Atlanta | GA | 30327
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 475,000.00 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employment Agreement

**Date or dates debt was incurred**

02/14/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.97 **Priority creditor's name and mailing address**

Quick, Thomas
Creditor Name

Creditor's Notice name

385 W Johnston St
Address

Olathe | KS | 66061
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 305.76 $ 305.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.98 **Priority creditor's name and mailing address**

Reach, Kevin
Creditor Name

Creditor's Notice name

22501 E 900 Rd
Address

Pleasanton | KS | 66075
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,461.55 $ 3,461.55

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.99 **Priority creditor's name and mailing address**

Redman, Michael
Creditor Name

Creditor's Notice name

8806 NW State Route CC
Address

Hamilton | MO | 64644
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,672.36 $ 3,672.36

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.100 **Priority creditor's name and mailing address**

Rhodes, Timothy
Creditor Name

Creditor's Notice name

101 Kimberly Path
Address

Apt 6

Georgetown KY 40324
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,173.07 $ 3,173.07

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.101 **Priority creditor's name and mailing address**

Rickman, Shane
Creditor Name

Creditor's Notice name

517 Spring Valley Dr
Address

Columbia TN 38401
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 1,584.62 $ 1,584.62

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/14/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.102 **Priority creditor's name and mailing address**

Riggs, T. Michael
Creditor Name

Creditor's Notice name

423 Lanesborough Drive
Address

Marietta | GA | 30064
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 1,612,037.56 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employment Agreement

**Date or dates debt was incurred**

02/08/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.103 **Priority creditor's name and mailing address**

Rima, Shelby
Creditor Name

Creditor's Notice name

433 E Cedar
Address

Olathe | KS | 66061
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,288.45 $ 3,288.45

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.104 **Priority creditor's name and mailing address**

Robledo, Marc
Creditor Name

Creditor's Notice name

1303 GEARS RD
Address

HOUSTON TX 77067-4206
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 305.76 $ 305.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.105 **Priority creditor's name and mailing address**

Rodriguez, Thomas
Creditor Name

Creditor's Notice name

14228 Pennsylvania Rd
Address

Apt 5

Southgate MI 48195
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,305.10 $ 3,305.10

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.106 **Priority creditor's name and mailing address**

Roth, Ashley
Creditor Name

Creditor's Notice name

8808 N Bales Ave
Address

Kansas City MO 64156
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,576.93 $ 3,576.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.107 **Priority creditor's name and mailing address**

Schlatter, Harry
Creditor Name

Creditor's Notice name

3387 Berea Road
Address

Cleveland OH 44111
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,754.27 $ 2,754.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.108 **Priority creditor's name and mailing address**

Schmidt, Vionne
Creditor Name

Creditor's Notice name

3601 N WALROND AVE
Address

KANSAS CITY | MO | 64117-2453
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 47.89 $ 47.89

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.109 **Priority creditor's name and mailing address**

Schueckler, Michael
Creditor Name

Creditor's Notice name

117 South Long St
Address

Williamsville | NY | 14221
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 9,191.78 $ 9,191.78

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

02/21/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.110 **Priority creditor's name and mailing address**

Sefchick, Adam
Creditor Name

Creditor's Notice name

9645 Redbud Lane
Address

Lenexa KS 66220
City State ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 86.52 $ 86.52

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.111 **Priority creditor's name and mailing address**

Selvig, Steven
Creditor Name

Creditor's Notice name

7923 W 137th St
Address

Overland Park KS 66223
City State ZIP Code

Country

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 24,360.00 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.112 **Priority creditor's name and mailing address**

Shoemaker, Randall
Creditor Name

Creditor's Notice name

812 Hearthside St
Address

South Lyon | MI | 48178
City | State | ZIP Code

Country

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 18,070.35 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.113 **Priority creditor's name and mailing address**

Simmons, Roderick
Creditor Name

Creditor's Notice name

7433 Hazelcrest Dr Apt C
Address

Hazelwood | MO | 63042
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 693.21 $ 693.21

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.114 **Priority creditor's name and mailing address**

Spencer, Kevin
Creditor Name

Creditor's Notice name

4934 TIERNEY DRIVE
Address

Independence | MO | 64055
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 186.43 $ 186.43

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.115 **Priority creditor's name and mailing address**

Summers, James
Creditor Name

Creditor's Notice name

9533 Gunview Road
Address

Nottingham | MD | 21236
City | State | ZIP Code

Country

**Date or dates debt was incurred**

02/21/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 11,825.22 $ 11,825.22

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.116 **Priority creditor's name and mailing address**

Taber, Matthew
Creditor Name

Creditor's Notice name

12748 NE SEMINOLE DR
Address

ADRIAN MO 64720-5279
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 60.00 $ 60.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.117 **Priority creditor's name and mailing address**

Taylor, Laura
Creditor Name

Creditor's Notice name

1107 S 9th St
Address

Apt A1

Bethany MO 64424
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,521.34 $ 3,521.34

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.118 **Priority creditor's name and mailing address**

Temmers, Erik
Creditor Name

Creditor's Notice name

121 Monroe St. N
Address

Prescott | WI | 54021
City | State | ZIP Code

Country

**Date or dates debt was incurred**

02/14/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 16,447.30 $ 15,150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No

☐ Yes

2.119 **Priority creditor's name and mailing address**

Thompson, Joyce
Creditor Name

Creditor's Notice name

1217 Louis Coleman Jr. Dr.
Address

Louisville | KY | 40211
City | State | ZIP Code

Country

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 10,507.84 $ 10,507.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No

☐ Yes

2.120 **Priority creditor's name and mailing address**

Toews, Andrew
Creditor Name

Creditor's Notice name

4415 Springfield St
Address

KANSAS CITY | KS | 66103-3434
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 134.61 $ 134.61

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.121 **Priority creditor's name and mailing address**

Whitebread, Christine
Creditor Name

Creditor's Notice name

6020 Stearns
Address

Shawnee | KS | 66203
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 305.76 $ 305.76

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.122 **Priority creditor's name and mailing address**

Whitt, Diane
Creditor Name

Creditor's Notice name

123 S Grand Avenue
Address

Maryville | MO | 64468
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 24.93 $ 24.93

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.123 **Priority creditor's name and mailing address**

Whittington, Deborah
Creditor Name

Creditor's Notice name

1229 Valdosta Dr
Address

Fort Wayne | IN | 46825-3591
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 109.24 $ 109.24

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.124 **Priority creditor's name and mailing address**

Williams, Kathleen
Creditor Name

Creditor's Notice name

1305 NE Hilltop Drive
Address

blue springs | MO | 64014
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Thru 2/28/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 57.66 $ 57.66

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FSA

**Is the claim subject to offset?**

☑ No
☐ Yes

2.125 **Priority creditor's name and mailing address**

Willis, Mathew
Creditor Name

Creditor's Notice name

13639 SW King Lear Way
Address

King City | OR | 97224
City | State | ZIP Code

Country

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 22,272.00 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Is the claim subject to offset?**

☑ No
☐ Yes

2.126 **Priority creditor's name and mailing address**

Wilson, Michael
Creditor Name

Creditor's Notice name

237 Rivers Edge Dr
Address

Amherst | OH | 44001
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 4,326.93 $ 4,326.93

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.127 **Priority creditor's name and mailing address**

Wilson, William
Creditor Name

Creditor's Notice name

437 Erie Ct
Address

Shelbyville | KY | 40065
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,612.06 $ 3,612.06

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.128 **Priority creditor's name and mailing address**

Woodbeck Jr., David
Creditor Name

Creditor's Notice name

864 Ford Blvd
Address

Lincoln Park | MI | 48146
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,552.06 $ 3,552.06
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.129 **Priority creditor's name and mailing address**

Woods, Linda
Creditor Name

Creditor's Notice name

105 Oaklawn Court
Address

Brandenburg | KY | 40108
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 17,921.10 $ 15,150.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance Agreement

**Date or dates debt was incurred**
01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.130 **Priority creditor's name and mailing address**

Wooten, Troy
Creditor Name

Creditor's Notice name

8402 Glenmore Dr
Address

Louisville KY 40258
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 5,192.31 $ 5,192.31

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.131 **Priority creditor's name and mailing address**

Wright, Jeffrey
Creditor Name

Creditor's Notice name

5132 Meadowlark Dr
Address

Shawnee KS 66226
City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 32,307.70 $ 15,150.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

12/31/24

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.132 **Priority creditor's name and mailing address**

Young, Adam
Creditor Name

Creditor's Notice name

1616 New Hampshire Ave
Address

Lorain | OH | 44052
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 3,060.30 $ 3,060.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Severance Agreement

**Date or dates debt was incurred**

01/31/25

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**

Jack Cooper Canada 1 Inc.
Creditor Name

Creditor's Notice name

2345 Grand Blvd
Address

Ste. 2400

| Kansas City | MO | 64108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 6,219,065.17
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany Accounts

**Is the claim subject to offset?**

☑ No
☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

Jack Cooper CT Services, LLC
Creditor Name

Creditor's Notice name

2345 Grand Blvd
Address

Ste. 2400

| Kansas City | MO | 64108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 15,182,408.74
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany Accounts

**Is the claim subject to offset?**

☑ No
☐ Yes

3.3 **Nonpriority creditor's name and mailing address**

Jack Cooper Logistics II, LLC
Creditor Name

Creditor's Notice name

2345 Grand Blvd
Address

Ste. 2400

Kansas City | MO | 64108
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 4,549,064.28
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Accounts

**Is the claim subject to offset?**
☑ No
☐ Yes

3.4 **Nonpriority creditor's name and mailing address**

Jack Cooper Mexico, S.R.L. de C.V./Jack Cooper Mexico Auto Logistics, S.R.L. de C.V.
Creditor Name

Creditor's Notice name

Lopez Mateos Sur avenue. # 4321
Address

interior 10, Zapopan, Jalisco

Mexico City | | 45070
City | State | ZIP Code

Mexico
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 189,963.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Accounts

**Is the claim subject to offset?**
☑ No
☐ Yes

3.5 **Nonpriority creditor's name and mailing address**

Jack Cooper Transport Company, LLC
Creditor Name

Creditor's Notice name

2345 Grand Blvd
Address

Ste. 2400

Kansas City | MO | 64108
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 476,993,852.38
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Accounts

**Is the claim subject to offset?**
☑ No
☐ Yes

3.6 **Nonpriority creditor's name and mailing address**

John O'Hare
Creditor Name

Stranch, Jennings & Garvey, PLLC
Creditor's Notice name

John F. Garvey
Address

701 Market St., Ste 1510

St. Louis | MO | 63101
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7 **Nonpriority creditor's name and mailing address**

McKinley Archie
Creditor Name

Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC
Creditor's Notice name

Benjamin A. Gastel
Address

223 Rosa L. Parks Avenue

Suite 300

Nashville TN 37203
City State ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
General Liability Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.8 **Nonpriority creditor's name and mailing address**

Pearson, Alexander
Creditor Name

Creditor's Notice name

1205 Nancy Jo Pl
Address

Saint Louis MO 63122
City State ZIP Code

Country

**Date or dates debt was incurred**
9/7/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 37,278.22
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Incentive Bonus

**Is the claim subject to offset?**
☑ No
☐ Yes

3.9 **Nonpriority creditor's name and mailing address**

SOLA LTD
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York NY 10022
City State ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 9,971.71
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.10 **Nonpriority creditor's name and mailing address**

Solus Core Opportunities LP
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York NY 10022
City State ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,463.51
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.11 **Nonpriority creditor's name and mailing address**

Solus Long-Term Opportunities Fund Master LP
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York | NY | 10022
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 13,390.04
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.12 **Nonpriority creditor's name and mailing address**

Solus Opportunities Fund 1 LP
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York | NY | 10022
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,385.42
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.13 **Nonpriority creditor's name and mailing address**

Solus Opportunities Fund 3 LP
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York | NY | 10022
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,039.28
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.14 **Nonpriority creditor's name and mailing address**

Solus Opportunities Fund 4 LP
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York | NY | 10022
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,679.07
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15 **Nonpriority creditor's name and mailing address**

Solus Opportunities Fund 5 LP
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York | NY | 10022
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,397.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16 **Nonpriority creditor's name and mailing address**

Ultra Master Ltd
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York | NY | 10022
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,923.13
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.17 **Nonpriority creditor's name and mailing address**

Ultra NB LLC
Creditor Name

Creditor's Notice name

410 Park Avenue
Address

New York | NY | 10022
City | State | ZIP Code

Country

**As of the petition filing date, the claim is:** $ 1,250.64
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Q4 2024 Director Fees

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Name<br>Notice Name<br>Street<br><br>City State ZIP Code<br>Country | Line<br>☐ Not Listed.Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 8,113,122.73 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 503,209,131.79 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 511,322,254.52 |

**Fill in this information to identify the case:**

Debtor Name: In re : Jack Cooper Investments, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10409 (BLS)

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | Lease (Real Property) | Name: 655 Parr Partners, LLC<br>Notice Name: Attn Jeffrey Pustizzi<br>Address: c/o Alterra Property Group, LLC<br>414 S. 16th Street, Suite 100<br>City: Philadelphia State: PA ZIP Code: 19146<br>Country: |
| **State the term remaining** | Evergreen | |
| **List the contract number of any government contract** | | |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | Agreement / Contract | Name: ADP, Inc.<br>Notice Name:<br>Address: One ADP Boulevard<br>City: Roseland State: NJ ZIP Code: 07068<br>Country: |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

2.3 **State what the contract or lease is for and the nature of the debtor's interest**
License Agreement

ADP, LLC
Name

Notice Name

10407 Centurion Blvd.
Address

Jacksonville FL 32256
City State ZIP Code

Country

**State the term remaining**

**List the contract number of any government contract**

2.4 **State what the contract or lease is for and the nature of the debtor's interest**
Agreement / Contract

ADP, LLC
Name

Notice Name

10407 Centurion Blvd.
Address

Jacksonville FL 32256
City State ZIP Code

Country

**State the term remaining**

**List the contract number of any government contract**

2.5 **State what the contract or lease is for and the nature of the debtor's interest**
Agreement / Contract

ADP, LLC
Name

Notice Name

One ADP Boulevard
Address

Roseland NJ 07068
City State ZIP Code

Country

**State the term remaining**

**List the contract number of any government contract**

2.6 **State what the contract or lease is for and the nature of the debtor's interest**: Agreement / Contract

**State the term remaining**:

**List the contract number of any government contract**:

Name: ADP, LLC
Notice Name:
Address: One ADP Boulevard
City: Roseland
State: NJ
ZIP Code: 07068
Country:

2.7 **State what the contract or lease is for and the nature of the debtor's interest**: Debt Restructuring Agreement

**State the term remaining**:

**List the contract number of any government contract**:

Name: Central States
Notice Name:
Address: 8647 W HIGGINS RD
City: Chicago
State: IL
ZIP Code: 60631
Country:

2.8 **State what the contract or lease is for and the nature of the debtor's interest**: Agreement / Contract

**State the term remaining**:

**List the contract number of any government contract**:

Name: Cerberus Business Finance Agency, LLC
Notice Name:
Address: 875 Third Ave
City: New York
State: NY
ZIP Code: 10022
Country:

2.9 **State what the contract or lease is for and the nature of the debtor's interest**: Lease (Real Property)

**State the term remaining**:

**List the contract number of any government contract**:

CIP18 LC Grand Blvd Owner LLC
Name
c/o Lingerfelt Commonwealth Partners
Notice Name
4198 Cox Road, Suite 201
Address

| City | State | ZIP Code |
|---|---|---|
| Glen Allen | VA | 23060 |

Country

2.10 **State what the contract or lease is for and the nature of the debtor's interest**: Guaranty

**State the term remaining**:

**List the contract number of any government contract**:

Daimler Truck Financial Services USA, LLC
Name

Notice Name
14372 Heritage Parkway, Suite 400
Address

| City | State | ZIP Code |
|---|---|---|
| Fort Worth | TX | 76177 |

Country

2.11 **State what the contract or lease is for and the nature of the debtor's interest**: Agreement / Contract

**State the term remaining**:

**List the contract number of any government contract**:

Daimler Truck Financial Services USA, LLC
Name

Notice Name
14372 Heritage Parkway, Suite 400
Address

| City | State | ZIP Code |
|---|---|---|
| Fort Worth | TX | 76177 |

Country

2.12 **State what the contract or lease is for and the nature of the debtor's interest**: Guaranty

**State the term remaining**:

**List the contract number of any government contract**:

Daimler Trust
Name

Notice Name

36455 Corporate Drive
Address

| | | |
|---|---|---|
| Farmington Hills | MI | 48331 |
| City | State | ZIP Code |

Country

2.13 **State what the contract or lease is for and the nature of the debtor's interest**: Agreement / Contract

**State the term remaining**:

**List the contract number of any government contract**:

Daimler Trust
Name

Notice Name

36455 Corporate Drive
Address

| | | |
|---|---|---|
| Farmington Hills | MI | 48331 |
| City | State | ZIP Code |

Country

2.14 **State what the contract or lease is for and the nature of the debtor's interest**: Software license

**State the term remaining**: 6/30/2026

**List the contract number of any government contract**:

Darktrace Holdings Limited
Name

Attn Legal Department
Notice Name

Maurice Wilkes Building
Address
St Johns Innovation Park, Cowley Road

| | | |
|---|---|---|
| Cambridge | | CB4 0DS |
| City | State | ZIP Code |

United Kingdom
Country

2.15 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

First American Commercial Bancorp, Inc.
Name

Notice Name

211 High Point Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Victor | NY | 14564 |

Country

2.16 **State what the contract or lease is for and the nature of the debtor's interest**: Equipment Schedule No. 1

First American Commercial Bancorp, Inc.
Name

Notice Name

211 High Point Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Victor | NY | 14564 |

Country

2.17 **State what the contract or lease is for and the nature of the debtor's interest**: Agreement / Contract

General Motors Holdings LLC
Name

Notice Name

300 Renaissance Ctr L1
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Detroit | MI | 48265-0001 |

Country

2.18 **State what the contract or lease is for and the nature of the debtor's interest** Lease (Real Property)

**State the term remaining**

**List the contract number of any government contract**

GM Ohio Real Estate Holdings, LLC
Name

Notice Name

1884 Baytowne Loop
Address

| City | State | ZIP Code |
|---|---|---|
| Mirmar Beach | FL | 32550 |

Country

2.19 **State what the contract or lease is for and the nature of the debtor's interest** Lease (Real Property)

**State the term remaining**

**List the contract number of any government contract**

GM Ohio Real Estate Holdings, LLC
Name

Notice Name

1884 Baytowne Loop
Address

| City | State | ZIP Code |
|---|---|---|
| Mirmar Beach | FL | 32550 |

Country

2.20 **State what the contract or lease is for and the nature of the debtor's interest** Lease

**State the term remaining** 12/__/2026

**List the contract number of any government contract**

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

| City | State | ZIP Code |
|---|---|---|
| Mount Laurel | NY | 08054 |

Country

2.21 **State what the contract or lease is for and the nature of the debtor's interest**
Lease

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

**State the term remaining** 01/__/2027

**List the contract number of any government contract**

| | | |
|---|---|---|
| Mount Laurel | NY | 08054 |
| City | State | ZIP Code |

Country

2.22 **State what the contract or lease is for and the nature of the debtor's interest**
Lease

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

**State the term remaining** 11/__/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Mount Laurel | NY | 08054 |
| City | State | ZIP Code |

Country

2.23 **State what the contract or lease is for and the nature of the debtor's interest**
Lease

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

**State the term remaining** 10/__/2027

**List the contract number of any government contract**

| | | |
|---|---|---|
| Mount Laurel | NY | 08054 |
| City | State | ZIP Code |

Country

2.24 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 10/__/2027

**List the contract number of any government contract**:

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

| City | State | ZIP Code |
| --- | --- | --- |
| Mount Laurel | NY | 08054 |

Country

2.25 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 12/__/2026

**List the contract number of any government contract**:

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

| City | State | ZIP Code |
| --- | --- | --- |
| Mount Laurel | NY | 08054 |

Country

2.26 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 11/__/2026

**List the contract number of any government contract**:

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

| City | State | ZIP Code |
| --- | --- | --- |
| Mount Laurel | NY | 08054 |

Country

2.27 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 01/__/2027

**List the contract number of any government contract**:

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

| City | State | ZIP Code |
|---|---|---|
| Mount Laurel | NY | 08054 |

Country

2.28 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 10/__/2026

**List the contract number of any government contract**:

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

| City | State | ZIP Code |
|---|---|---|
| Mount Laurel | NY | 08054 |

Country

2.29 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 01/__/2027

**List the contract number of any government contract**:

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

| City | State | ZIP Code |
|---|---|---|
| Mount Laurel | NY | 08054 |

Country

2.30 **State what the contract or lease is for and the nature of the debtor's interest** Lease

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

**State the term remaining** 12/__/2026

**List the contract number of any government contract**

| Mount Laurel | NY | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

2.31 **State what the contract or lease is for and the nature of the debtor's interest** Lease

Holman Fleet Leasing, LLC
Name

Notice Name

4001 Leadenhall Road
Address

**State the term remaining** 01/__/2027

**List the contract number of any government contract**

| Mount Laurel | NY | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

2.32 **State what the contract or lease is for and the nature of the debtor's interest** Lease

Holman Fleet Leasing, LLC t/a Holman Small Business Solutions
Name

Attn Chief Financial Officer, Holman
Notice Name

4001 Leadenhall Road
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Mount Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

2.33 **State what the contract or lease is for and the nature of the debtor's interest**: License Agreement

Name: Integrated Design, Inc.
Notice Name:
Address: 3772 Plaza Drive, Suite #1

**State the term remaining**:

**List the contract number of any government contract**:

City: Ann Arbor
State: MI
ZIP Code: 48108
Country:

2.34 **State what the contract or lease is for and the nature of the debtor's interest**: Agreement / Contract

Name: Integrated Design, Inc.
Notice Name:
Address: 3772 Plaza Drive, Suite #1

**State the term remaining**:

**List the contract number of any government contract**:

City: Ann Arbor
State: MI
ZIP Code: 48108
Country:

2.35 **State what the contract or lease is for and the nature of the debtor's interest**: Teamsters National Automobile Transporters Industry Negotiating Committee Agreement

Name: International Brotherhood of Teamsters
Notice Name:
Address: 25 Louisiana Avenue, N.W.

**State the term remaining**: 8/31/2025

**List the contract number of any government contract**:

City: Washington
State: DC
ZIP Code: 20001
Country:

2.36 **State what the contract or lease is for and the nature of the debtor's interest**
Eastern Area Truckaway, Driveway Yard and Shop Supplemental Agreement

International Brotherhood of Teamsters
Name

Notice Name

25 Louisiana Avenue, N.W.
Address

**State the term remaining** 8/31/2025

**List the contract number of any government contract**

Washington | DC | 20001
City | State | ZIP Code

Country

2.37 **State what the contract or lease is for and the nature of the debtor's interest**
Central and Southern Areas Supplemental Agreement

International Brotherhood of Teamsters
Name

Notice Name

25 Louisiana Avenue, N.W.
Address

**State the term remaining** 8/31/2025

**List the contract number of any government contract**

Washington | DC | 20001
City | State | ZIP Code

Country

2.38 **State what the contract or lease is for and the nature of the debtor's interest**
Software license

iPayables, Inc.
Name

Notice Name

95 Argonaut, Suite 270
Address

**State the term remaining** 8/24/2023

**List the contract number of any government contract**

Aliso Viejo | CA | 92656
City | State | ZIP Code

Country

2.39 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 10/__/2027

**List the contract number of any government contract**:

Marketplace LT
Name

Notice Name

4001 Leadenhall Road
Address

Mount Laurel | NY | 08054
City | State | ZIP Code

Country

2.40 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 10/__/2027

**List the contract number of any government contract**:

Marketplace LT
Name

Notice Name

4001 Leadenhall Road
Address

Mount Laurel | NY | 08054
City | State | ZIP Code

Country

2.41 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 01/__/2027

**List the contract number of any government contract**:

Marketplace LT
Name

Notice Name

4001 Leadenhall Road
Address

Mount Laurel | NY | 08054
City | State | ZIP Code

Country

2.42 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 01/__/2027

**List the contract number of any government contract**:

Marketplace LT
Name

Notice Name

4001 Leadenhall Road
Address

Mount Laurel | NY | 08054
City | State | ZIP Code

Country

2.43 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: 01/__/2027

**List the contract number of any government contract**:

Marketplace LT
Name

Notice Name

4001 Leadenhall Road
Address

Mount Laurel | NY | 08054
City | State | ZIP Code

Country

2.44 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

**State the term remaining**: Evergreen

**List the contract number of any government contract**:

Marketplace LT
Name

Attn Chief Financial Officer, Holman
Notice Name

4001 Leadenhall Road
Address

Mount Laurel | NJ | 08054
City | State | ZIP Code

Country

2.45 **State what the contract or lease is for and the nature of the debtor's interest**
Guaranty

Mercedes-Benz Financial Services USA LLC
Name

Notice Name
14372 Heritage Parkway
Address

**State the term remaining**

**List the contract number of any government contract**

Fort Worth | TX | 76177
City | State | ZIP Code

Country

2.46 **State what the contract or lease is for and the nature of the debtor's interest**
Agreement / Contract

Mercedes-Benz Financial Services USA LLC
Name

Notice Name
14372 Heritage Parkway
Address

**State the term remaining**

**List the contract number of any government contract**

Fort Worth | TX | 76177
City | State | ZIP Code

Country

2.47 **State what the contract or lease is for and the nature of the debtor's interest**
Lease (Real Property)

Moore Transport of Tulsa, LLC
Name

Notice Name
700 East Park Boulevard
Address
Suite 104

**State the term remaining**

**List the contract number of any government contract**

Plano | TX | 75074
City | State | ZIP Code

Country

2.48 **State what the contract or lease is for and the nature of the debtor's interest** Lease (Real Property)

Moore Transport of Tulsa, LLC
Name

Notice Name

700 East Park Boulevard
Address
Suite 104

Plano TX 75074
City State ZIP Code

Country

**State the term remaining**

**List the contract number of any government contract**

2.49 **State what the contract or lease is for and the nature of the debtor's interest** Software License

Super Dispatch, Inc.
Name
Attn Legal Department
Notice Name
905 McGee St., #210
Address

Kansas City MO 64106
City State ZIP Code

Country

**State the term remaining** Evergreen

**List the contract number of any government contract**

2.50 **State what the contract or lease is for and the nature of the debtor's interest** Agreement / Contract

TierPoint, LLC
Name
Attn Legal Department
Notice Name
12444 Powerscourt Drive Suite 450
Address

St. Louis MO 63131
City State ZIP Code

Country

**State the term remaining** Evergreen

**List the contract number of any government contract**

2.51 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

Truck Country of Indiana, Inc.
Name

Notice Name

1851 W. Thompson Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Indianapolis | IN | 46217-9353 |

Country

2.52 **State what the contract or lease is for and the nature of the debtor's interest**: Lease

Truck Country of Indiana, Inc.
Name

Notice Name

12247 Declaration Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New Haven | IN | 46774 |

Country

2.53 **State what the contract or lease is for and the nature of the debtor's interest**: Agreement / Contract

Wells Fargo Bank, N.A
Name

Notice Name

420 Montgomery St
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94104 |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Jack Cooper Investments, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10409 (BLS)

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Auto & Boat Relocation Services Company, LLC | 2345 Grand Blvd (Street)<br>Ste. 2400<br>Kansas City (City), MO (State), 64108 (ZIP Code)<br>Country: | Cerberus Business Finance Agency, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Auto & Boat Relocation Services Company, LLC | 2345 Grand Blvd (Street)<br>Ste. 2400<br>Kansas City (City), MO (State), 64108 (ZIP Code)<br>Country: | Daimler Truck Financial Services USA, LLC | ☐ D<br>☐ E/F<br>☑ G |

| | Codebtor | Address | | | Creditor | Schedule |
|---|---|---|---|---|---|---|
| 2.3 | Auto Handling, LLC | 2345 Grand Blvd, Ste. 2400 | | | Central States, Southeast and Southwest Areas Health and Welfare Fund | ☑ D ☐ E/F ☐ G |
| | | Kansas City (City) | MO (State) | 64108 (ZIP Code) | | |
| | | Country | | | | |
| 2.4 | Auto Handling, LLC | 2345 Grand Blvd, Ste. 2400 | | | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |
| | | Kansas City (City) | MO (State) | 64108 (ZIP Code) | | |
| | | Country | | | | |
| 2.5 | Auto Handling, LLC | 2345 Grand Blvd, Ste. 2400 | | | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |
| | | Kansas City (City) | MO (State) | 64108 (ZIP Code) | | |
| | | Country | | | | |
| 2.6 | Jack Cooper CT Services, LLC | 2345 Grand Blvd, Ste. 2400 | | | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |
| | | Kansas City (City) | MO (State) | 64108 (ZIP Code) | | |
| | | Country | | | | |
| 2.7 | Jack Cooper CT Services, LLC | 2345 Grand Blvd, Ste. 2400 | | | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |
| | | Kansas City (City) | MO (State) | 64108 (ZIP Code) | | |
| | | Country | | | | |

| | Codebtor | Mailing address | | | Creditor | Schedules |
|---|---|---|---|---|---|---|
| 2.8 | Jack Cooper Diversified II, LLC | 2345 Grand Blvd<br>Street<br>Ste. 2400 | | | Cerberus Business Finance Agency, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Kansas City<br>City | MO<br>State | 64108<br>ZIP Code | | |
| | | Country | | | | |
| 2.9 | Jack Cooper Diversified II, LLC | 2345 Grand Blvd<br>Street<br>Ste. 2400 | | | Daimler Truck Financial Services USA, LLC | ☐ D<br>☐ E/F<br>☑ G |
| | | Kansas City<br>City | MO<br>State | 64108<br>ZIP Code | | |
| | | Country | | | | |
| 2.10 | Jack Cooper Equipment Leasing, LLC | 2345 Grand Blvd<br>Street<br>Ste. 2400 | | | Cerberus Business Finance Agency, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Kansas City<br>City | MO<br>State | 64108<br>ZIP Code | | |
| | | Country | | | | |
| 2.11 | Jack Cooper Holdings, LLC | 2345 Grand Blvd<br>Street<br>Ste. 2400 | | | Cerberus Business Finance Agency, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Kansas City<br>City | MO<br>State | 64108<br>ZIP Code | | |
| | | Country | | | | |
| 2.12 | Jack Cooper Holdings, LLC | 2345 Grand Blvd<br>Street<br>Ste. 2400 | | | Daimler Truck Financial Services USA, LLC | ☐ D<br>☐ E/F<br>☑ G |
| | | Kansas City<br>City | MO<br>State | 64108<br>ZIP Code | | |
| | | Country | | | | |

| | Codebtor | Address | Creditor | Schedule |
|---|---|---|---|---|
| 2.13 | Jack Cooper Holdings, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Trust | ☐ D ☐ E/F ☑ G |
| 2.14 | Jack Cooper Logistics II, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |
| 2.15 | Jack Cooper Logistics II, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |
| 2.16 | Jack Cooper Logistics II, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Mercedes-Benz Financial Services USA LLC | ☐ D ☐ E/F ☑ G |
| 2.17 | Jack Cooper Rail & Intermodal, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |

| | Codebtor | Address | Creditor | Schedule |
|---|---|---|---|---|
| 2.18 | Jack Cooper Rail and Shuttle, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | Jack Cooper Rail and Shuttle, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |
| 2.20 | Jack Cooper Transport Company, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Central States, Southeast and Southwest Areas Health and Welfare Fund | ☑ D ☐ E/F ☐ G |
| 2.21 | Jack Cooper Transport Company, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |
| 2.22 | Jack Cooper Transport Company, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |

| | Codebtor Name | Mailing Address | Creditor | Schedules |
|---|---|---|---|---|
| 2.23 | Jack Cooper Transport Company, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Trust | ☐ D ☐ E/F ☑ G |
| 2.24 | Jack Cooper Transport Company, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Mercedes-Benz Financial Services USA LLC | ☐ D ☐ E/F ☑ G |
| 2.25 | JC Intermediate Holdings, Inc. | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | JC Intermediate Holdings, Inc. | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |
| 2.27 | JC Parent Corporation | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |

| | Codebtor Name | Mailing Address | Creditor | Schedule |
|---|---|---|---|---|
| 2.28 | JC TopCo, Inc. | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |
| 2.29 | North American Auto Transportation, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Central States, Southeast and Southwest Areas Health and Welfare Fund | ☑ D ☐ E/F ☐ G |
| 2.30 | North American Auto Transportation, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Cerberus Business Finance Agency, LLC | ☑ D ☐ E/F ☐ G |
| 2.31 | North American Auto Transportation, LLC | 2345 Grand Blvd, Ste. 2400, Kansas City, MO 64108 | Daimler Truck Financial Services USA, LLC | ☐ D ☐ E/F ☑ G |

**Fill in this information to identify the case:**

Debtor Name: In re : Jack Cooper Investments, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10409 (BLS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/21/2025
MM / DD / YYYY

✖ / s / Gregory D. Endecott
Signature of individual signing on behalf of debtor

Gregory D. Endecott
Printed name

Designated Officer
Position or relationship to debtor

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| APPSPACE | APPSPACE | $8,875.00 |
| CERBERUS QTRLY LIBOR FEE | CERBERUS Finance Agency | $50,000.00 |
| Cleo Cloud sub | Cleo Communications | $16,071.75 |
| Crime Policy | AXIS | $20,434.16 |
| Cyber Liab | AIG Assurance | $65,209.38 |
| D&O/EPL/Fiduciary | Agronaut | $138,760.00 |
| D&O/EPL/Fiduciary | Edurance American | $129,583.34 |
| D&O/EPL/Fiduciary | Old Republic | $51,666.66 |
| D&O/EPL/Fiduciary | Starstsone Specialty | $43,487.50 |
| D&O/EPL/Fiduciary | XL Speciality | $76,791.66 |
| D&O/EPL/Fiduciary | XL Speciality | $35,625.00 |
| DARKTRACE SUBSCRIPTION | DARKTRACE | $15,820.91 |
| DOCU SIGN INC | DOCU Sign Inc | $3,853.92 |
| Dun & Bradstreet Concierge Service Platinum | Dun & Bradstreet | $7,916.67 |
| Employed Lawyers | Federal Insurance | $9,976.67 |
| ENAVATE -Microsoft Dynamics | ENAVATE | $12,948.43 |
| Environmental Liab | Nautilus Ins | $30,113.91 |
| Foreign | Zurich American | $6,052.19 |
| GFORCE AB SUITE | GFORCE | $5,581.49 |
| GFORCE AB SUITE | GFORCE | $500.00 |
| GFORCE EOM - AB SUITE SUPPORT &SUBSCRIPTION | GFORCE | $69,657.00 |
| GFORCE UNISYS AB SUITE DEVELOPER SOFTWARE | GFORCE | $2,488.67 |
| GO DADDY Domain | GO Daddy | $2,148.85 |
| GO DADDY Domain | GO Daddy | $269.74 |
| HARVEST | HARVEST | $1,897.20 |
| IBM PLANNING ANALYTICS | IBM | $23,145.11 |
| Idera SQL Diagnostic Manager | Idera | $1,000.85 |
| IDERA SQL DIAGONSTIC MANAGER | IDERA | $1,483.50 |
| INFO TECH | INFO Tech | $40,926.36 |
| Insight NITRO- PRO BUSINESS SUBSCRIPTION | Insight Direct USA Inc | $1,022.53 |
| Insight Crowdstrike Falcon Cpmplete Flex | Insight Direct USA Inc | $7,040.84 |
| Insight Horizon Universal Subscription | Insight | $9,500.00 |
| Insight Horizon Universal Subscription | Insight Direct USA Inc | $2,275.00 |
| Insight KEMP ENTERPRISE SUBS - TECH SUPPORT FOR VIRTUAL LOADMASTER | Insight Direct USA Inc | $17,272.02 |
| Insight Knox Suite- Subsription | Insight Direct USA Inc | $295.75 |

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Insight -Microsoft 365 E3 CLOUD SUBS | Insight Direct USA Inc | $16,296.80 |
| Insight -Microsoft System Center- visual studioenterprise MSDN | Insight Direct USA Inc | $12,252.91 |
| Insight Team Viewer Tensor | Insight Direct USA Inc | $12,868.38 |
| Insight Veeam Cirrus Back up | Insight Direct USA Inc | $3,141.67 |
| KnowBe4 - KTMSATP Security Awareness Training Subscription | KnowBe | $12,622.50 |
| Lease Query | FinQuery | $14,665.32 |
| Lease Query | FinQuery | $19,553.76 |
| M2M Capital Inc. | M2M Capital Inc. | $1,500.00 |
| MICROSOFT | MICROSOFT | $2,565.00 |
| MICROSOFT | MICROSOFT | $97,550.97 |
| MILEMAKER | MILEMAKER | $6,630.63 |
| MO CHAMBER OF COMMERCE AND INDUSTRY | MO Chamber of Commerce | $5,313.00 |
| OANDA CURRENCY CONVERTER | OANDA | $2,150.00 |
| PANDADOC Business Annual PandaDoc | PANDADOC | $430.00 |
| PluralSight Business Enterprise | PluralSight | $16,878.34 |
| Sage Software Inc - Sage FA Sage Business Care Gold | Sage | $3,534.00 |
| Salesforce Sales & Service Cloud | Salesforce | $41,377.50 |
| Salesforce Sales & Service Cloud | Salesforce | $15,136.88 |
| SAP America BusObj Mtce Fee Enterprise Support | SAP America | $3,589.03 |
| SK GLOBAL MAINTENANCE EBANKING | SK Global | $826.00 |
| SOLARWINDS Premier Service Agent Users Subscription | SOLARWINDS | $12,060.36 |
| SOTI | SOTI | $51,230.00 |
| Special Risk | Hiscox Ins | $2,148.06 |
| TECHNOLOGY GROUP SOLUTIONS - CICSOUMBRELLA SECURE INTERNET GATEWAY | TECHNOLOGY Group Solutions | $27,500.00 |
| THOMSON REUTERS GAAP LIBRARY | THOMSON Rueters | $6,911.38 |
| Toppan Merrill Bridge Services | Merrill Bridge | $1,250.00 |
| Toppan Merrill Bridge Services | Toppan | $1,286.67 |
| TRELLO | TRELLO | $3,189.74 |
| VMC Team Viewer Premium | VMC | $790.30 |
| WASABI  HOT CLOUD STORAGE | WASABI | $1,072.89 |
| WAVE LOW CLEARANCE MAP- SOFTWARE LICENSE | WAVE | $2,916.67 |
| WILLINGTON TRUST | WILMINGTON Trust | $20,833.34 |
| ZOHO CORPORATION ANNUAL SUBSCRIPTION AD360 | ZOHO | $9,918.34 |
| | **TOTAL:** | **$1,339,682.50** |

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 15
Non-publicly traded stock and interests

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Jack Cooper Diversified II, LLC | 100% | | Undetermined |
| Jack Cooper Equipment Leasing, LLC | 100% | | Undetermined |
| Jack Cooper Holdings, LLC | 100% | | Undetermined |
| Jack Cooper Rail & Intermodal, LLC | 100% | | Undetermined |
| | | **TOTAL:** | **Undetermined** |

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Building | 2345 GRAND BLVD, SUITES 2300 AND 2400, Kansas City, MO, 64108 | Leasehold | $0.00 | | Undetermined |
| New Office Security on Grand | 2346 GRAND BLVD, SUITES 2300 AND 2400, Kansas City, MO, 64108 | Leasehold Improvement | $8,801.64 | | Undetermined |
| New Office Décor | 2347 GRAND BLVD, SUITES 2300 AND 2400, Kansas City, MO, 64108 | Leasehold Improvement | $12,770.14 | | Undetermined |
| New Office AV Setup | 2348 GRAND BLVD, SUITES 2300 AND 2400, Kansas City, MO, 64108 | Leasehold Improvement | $27,845.75 | | Undetermined |
| 630-660 Kennesaw Due West Building | 630 Kennesaw Due West Rd NW, Kennesaw, GA 30152 | Owned | $1,727,634.38 | | Undetermined |
| 630-660 Kennesaw Due West Site Improvements | 630 Kennesaw Due West Rd NW, Kennesaw, GA 30152 | Owned | $0.00 | | Undetermined |
| Kennesaw AC Unit | 630 Kennesaw Due West Rd NW, Kennesaw, GA 30152 | Owned | $5,061.12 | | Undetermined |
| Kennesaw AC Unit.2 | 630 Kennesaw Due West Rd NW, Kennesaw, GA 30152 | Owned | $5,114.96 | | Undetermined |
| 630-660 Kennesaw Due West Land | 630 Kennesaw Due West Rd NW, Kennesaw, GA 30152 | Owned | $484,950.00 | | Undetermined |
| | | **TOTAL:** | **$2,272,177.99** | **TOTAL:** | **Undetermined** |

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| abrsgl.com | $0.00 | | Undetermined |
| abrsgloballogistics.com | $0.00 | | Undetermined |
| autoandboatgloballogistics.com | $0.00 | | Undetermined |
| autoandboatrelocationgloballogistics.com | $0.00 | | Undetermined |
| autoboatgloballogistics.com | $0.00 | | Undetermined |
| autoboatrelocationgloballogistics.com | $0.00 | | Undetermined |
| automovingsolutions.us | $0.00 | | Undetermined |
| jackcooperbrokerage.com | $0.00 | | Undetermined |
| jackcooper-brokerage.com | $0.00 | | Undetermined |
| jackcooperfreight.com | $0.00 | | Undetermined |
| jackcooper-freight.com | $0.00 | | Undetermined |
| jackcooper-logistics.com | $0.00 | | Undetermined |
| jackcooperrelocation.com | $0.00 | | Undetermined |
| jackcoopertransport.com | $0.00 | | Undetermined |
| jackcoopertransport.us | $0.00 | | Undetermined |
| jackcoopertransportation.com | $0.00 | | Undetermined |
| jackcooper-transportation.com | $0.00 | | Undetermined |
| naautotransport.com | $0.00 | | Undetermined |
| nextcentury.co | $0.00 | | Undetermined |
| nxcen.us | $0.00 | | Undetermined |
| JACKCOOPER.COM | $0.00 | | Undetermined |
| **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current value of debtor's interest |
|---|---|---|
| AL 20C | 2023 NOL CF | $89,631.00 |
| AL CPT | 2023 NOL CF | Undetermined |
| AR | 2023 NOL CF | $2,528,859.00 |
| Bowling Green, KY | 2023 NOL CF | Undetermined |
| Columbus, OH | 2023 NOL CF | $67,442,961.00 |
| DE | 2023 NOL CF | $61,442,459.00 |
| Detroit, MI | 2023 NOL CF | $1,050,977.00 |
| Employee Retention Credit refund - 941X | Q2 2020 | $521,536.47 |
| Employee Retention Credit refund - 941X | Q3 2020 | $159,575.83 |
| FL | 2023 NOL CF | $193,175.00 |
| Flint, MI | 2023 NOL CF | $1,555,354.00 |
| GA | 2023 NOL CF | $7,467,776.00 |
| IA | 2023 NOL CF | $4,153,858.00 |
| IN | 2023 NOL CF | $21,782,879.00 |
| Kansas City, MO | 2023 NOL CF | Undetermined |
| KY | 2023 NOL CF | $2,632,681.00 |
| LA | 2023 NOL CF | $198,409.00 |
| Louisville, KY | 2023 NOL CF | Undetermined |
| MD | 2023 NOL CF | $77,289,262.00 |
| MS | 2023 NOL CF | $295,719.00 |
| NC | 2023 NOL CF | Undetermined |
| NJ | 2023 NOL CF | $127,377.00 |
| PA | 2023 NOL CF | $932,601.00 |
| SC | 2023 NOL CF | $181,681.00 |
| Shelbyville, KY | 2023 NOL CF | Undetermined |
| TN | 2023 NOL CF | $3,683,394.00 |
| VA | 2023 NOL CF | $82,346,428.00 |
| | **TOTAL:** | **$336,076,593.30** |

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Type | Account number / Policy number | Current value of debtor's interest |
|---|---|---|---|
| ACE American Ins. | Employed Lawyers | 8225-8728 | Undetermined |
| Argonauts Ins | Management Liability | ML42633063 | Undetermined |
| AXIS Ins. Co | Crime | P001000029270106 | Undetermined |
| Hiscox Insurance Company | Kidnap & Ransom | UKA302249223 | Undetermined |
| Homeland Ins. Co. of NY | Cyber Liability | 720000620-0003 | Undetermined |
| Old Republic | D&O | ORPORO13102987 | Undetermined |
| R-T Specialty/Starstone Specialty | D&O | DNO00012163P03 | Undetermined |
| Sompo America Inc./Endurance | D&O | BLX30001339005 | Undetermined |
| XL Specialty | D&O | ELU20118924 | Undetermined |
| XL Specialty | D&O | ELU20119124 | Undetermined |
| Zurich Aermican Ins Co | Foreign Liability | ZE015826105 | Undetermined |
| | | **TOTAL:** | **Undetermined** |

**In re: Jack Cooper Investments, Inc.**
**Case No. 25-10409**
Schedule A/B 77
Other property of any kind not already listed

| Other property of any kind not already listed | Due From | Current value of debtor's interest |
|---|---|---|
| Intercompay Receivable | Auto & Boat Relocation Services Company, LLC | $7,728,656.71 |
| Intercompay Receivable | Auto Handling, LLC | $124,518,881.58 |
| Intercompay Receivable | Jack Cooper Canada 2 | $67.50 |
| Intercompay Receivable | Jack Cooper Diversified II, LLC | $3,996,747.17 |
| Intercompay Receivable | Jack Cooper Holdings, LLC | $33,946,299.03 |
| Intercompay Receivable | Jack Cooper Rail and Shuttle, LLC | $659,326.61 |
| Intercompay Receivable | North American Auto Transportation, LLC | $26,499,264.58 |
| | **TOTAL:** | **$197,349,243.18** |